UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

BRANDON E. WALLIS,

Plaintiff,

v.

AMERICOLLECT, INC.,

Defendant.

Case No.: 2:18-cv-00105-PP

Honorable Judge Pamela Pepper

## NOTICE OF VOLUNTARY DISMISSAL

NOW COMES the Plaintiff, BRANDON E. WALLIS ("Plaintiff"), by and through his attorneys, SULAIMAN LAW GROUP, LTD., and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses his claims against the Defendant, AMERICOLLECT, INC. Each party shall bear its own costs and attorney fees.

Dated: February 19, 2018

Respectfully Submitted,

*/s/ Marwan R. Daher*
Marwan R. Daher, Esq. #6325465
Counsel for Plaintiff
Admitted in the Eastern District of Wisconsin
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, Illinois 60148
(630) 575-8181 x109 (phone)
(630) 575-8188 (fax)
mdaher@sulaimanlaw.com